# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --             )

                                  )

GSA Proposal Maven, LLC       )     ASBCA No. 61262

                                  )

Under Contract No. W91247-16-P-0167     )

APPEARANCE FOR THE APPELLANT:        Kenneth A. Martin, Esq.
                                               The Martin Law Firm, PLLC
                                               McLean, VA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                               Army Chief Trial Attorney
                                               MAJ Bruce H. Robinson, JA
                                               Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 11, 2018

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61262, Appeal of GSA Proposal Maven, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals